# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LIFE VAC LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON FIRST
AMENDED SCHEDULE A TO THE
COMPLAINT,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-13921

## FINAL JUDGMENT ORDER

THIS CAUSE having been commenced by LIFE VAC LLC ("Life Vac" or "Plaintiff")

against the Defendants identified on the First Amended Schedule A (collectively, the "Defaulting

Defendants") and using at least the domain names identified in the First Amended Schedule A (the

"Defaulting Defendant Domain Names") and the online marketplace accounts identified in the

First Amended Schedule A (the "Defaulting Online Marketplace Accounts"), and Plaintiff having

moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiff, a temporary restraining order and

preliminary injunction against Defaulting Defendants that included a domain name transfer order

and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the

combination of providing notice via electronic publication or email, along with any notice that

Defaulting Defendants received from domain name registrars and payment processors, being

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

1

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois, offering to sell and ship products into this Judicial District. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of products utilizing the Life Vac Trademark, U.S. Trademark Registration No.: 6,735,265, (the "LIFEVAC Trademark") and/or copyrights covered by U.S. Copyright Office Registration Nos. VA 2-332-974, VAu 1-489-169, VAu 1-489-170, VA 2-335-339, and VA 2-335-352, (together, the "LIFEVAC Copyrights");

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 101 et seq.), and/or violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.);

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

      a. using Plaintiff's LIFEVAC Trademark, LIFEVAC Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution,

marketing, advertising, offering for sale, or sale of any product that is not a genuine Life Vac product or not authorized by Plaintiff to be sold in connection with Plaintiff's LIFEVAC Trademark and/or LIFEVAC Copyrights;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Life Vac product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's LIFEVAC Trademark and/or LIFEVAC Copyrights;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Plaintiff's LIFEVAC Trademark and/or LIFEVAC Copyrights and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's LIFEVAC Trademark and/or LIFEVAC Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace

account that is being used to sell or is the means by which Defendants could continue to sell counterfeit Life Vac products; and

    h.    operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's LIFEVAC Trademark and/or LIFEVAC Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine Life Vac product or not authorized by Plaintiff to be sold in connection with Plaintiff's LIFEVAC Trademark and/or LIFEVAC Copyrights.

2.    The domain name registries for the Defaulting Defendant Domain Names, including, but not limited to, Alibaba Cloud, Beijing Zhuoyue Shengming Technology Company Ltd., ChengDu West, Cloud Yuqu, Cloudflare, Namecheap Inc., PDR LTD. d/b/a/ PublicDomainRegistry.com, registrar.eu, Shopify, Spaceship, Inc., and Tucows Inc. within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

    a.    unlock and change the registrar of record for the Defaulting Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defaulting Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court; or

    b.    disable the Defaulting Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3.    Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba, AliExpress, Amazon, DHgate, eBay, and

Walmart, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defaulting Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

    a.    disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the LIFEVAC Trademark and/or Copyright Registration, including any accounts associated with the Defaulting Defendants listed on the First Amended Schedule A;

    b.    disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the LIFEVAC Trademark and/or Copyright Registration; and

    c.    take all steps necessary to prevent links to the Defaulting Defendant Domain Names identified on the First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendant Domain Names from any search index.

4.    Alibaba.com ("Alibaba") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.    Aliexpress.com ("Aliexpress") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. AllPay.com ("AllPay") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. Amazon.com ("Amazon") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8. Beijing Zhuoyue Shengming Technologies Company and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9. ChengDu West and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

10. Cloud Yuqu and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

11. CloudFlare and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting

Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

12. DHgate.com ("DHgate") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

13. eBay.com ("eBay") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

14. LianLian and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

15. NameCheap and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

16. OFX and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants'

websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

17. Payoneer.com ("Payoneer") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

18. PayPal.com ("PayPal") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

19. PingPong Global Solutions, Inc. ("PingPong") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

20. PublicDomainRegistry.com ("PDR") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

21. Registrar.eu ("Registrar.eu") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

22. Sellers Funding and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

23. Shopify.com ("Shopify") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

24. Spaceship and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

25. Stripe ("Stripe") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

26. Tucows ("Tucows") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

27. Walmart.com ("Walmart") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts

connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

28.    WebNic ("WebNic") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

29.    Pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 504, Plaintiff are awarded statutory damages from each of the Defaulting Defendants in the amount of five thousand dollars ($5,000.00).

30.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Alibaba, Aliexpress, AllPay, Amazon, Beijing Zhuoyue Shengming Technologies Company, ChengDu West, Cloud Yuqu, DHgate, eBay, LianLian, NameCheap, OFX, PayPal, Payoneer, Ping Pong, Public Domain Registry.com, registrar.eu, Sellers Funding, Shopify, Spaceship, Stripe, Tucows, Walmart and WebNic are hereby released to Plaintiff as partial payment of the above-identified damages, and Alibaba, Aliexpress, AllPay, Amazon, Beijing Zhuoyue Shengming Technologies Company, ChengDu West, Cloud Yuqu, DHgate, eBay, LianLian, NameCheap, OFX, PayPal, Payoneer, Ping Pong, Public Domain Registry.com, registrar.eu, Sellers Funding, Shopify, Spaceship, Stripe, Tucows, Walmart and WebNic are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

31.    Until Plaintiff have recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Alibaba, Aliexpress, AllPay, Amazon, Beijing Zhuoyue Shengming Technologies Company, ChengDu West, Cloud Yuqu, DHgate, eBay, LianLian, NameCheap, OFX, PayPal, Payoneer, Ping Pong, Public Domain Registry.com, registrar.eu, Sellers Funding, Shopify, Spaceship, Stripe, Tucows, Walmart and

WebNict in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Alibaba, Aliexpress, AllPay, Amazon, Beijing Zhuoyue Shengming Technologies Company, ChengDu West, Cloud Yuqu, DHgate, eBay, LianLian, NameCheap, OFX, PayPal, Payoneer, Ping Pong, Public Domain Registry.com, registrar.eu, Sellers Funding, Shopify, Spaceship, Stripe, Tucows, Walmart and WebNicshall within two (2) business days:

  a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

  b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

  c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

32. Until Plaintiff have recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

  a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

33. In the event that Plaintiff identify any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified by Plaintiff and any email addresses provided for Defaulting Defendants by third parties.

34. Plaintiff may serve this Order on Third Party Providers, including Alibaba, Aliexpress, AllPay, Amazon, Beijing Zhuoyue Shengming Technologies Company, ChengDu West, Cloud Yuqu, DHgate, eBay, LianLian, NameCheap, OFX, PayPal, Payoneer, Ping Pong, Public Domain Registry.com, registrar.eu, Sellers Funding, Shopify, Spaceship, Stripe, Tucows, Walmart and WebNic, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on Third Party Providers.

35. The ten thousand-dollar ($10,000) bond posted by Plaintiff, including any interest minus the registry fee, is hereby released to Plaintiff or their counsel. The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

Dated: 2/26/2026

Honorable Elaine E. Bucklo
United States District Judge

## FIRST AMENDED SCHEDULE A

| DOE No. | Defendant Seller Name | Defendant Marketplace |
|---|---|---|
| 1 | Henan Yuenai Trading Co., Ltd. | https://hnyuenai.en.alibaba.com/contactinfo.html |
| 2 | Medbond Healthcare Co., Ltd. | https://tjbangbgj.en.alibaba.com/contactinfo.html |
| 3 | Qingdao Giantfortune Industry Co., Ltd. | https://qdgiantfortune.en.alibaba.com/contactinfo.html |
| 4 | Shenzhen Fengtong Technology Co., Ltd. | https://fengtong.en.alibaba.com/contactinfo.html |
| 5 | Shenzhen Huayu Electronics Technology Co., Ltd. | https://hydz18.en.alibaba.com/contactinfo.html |
| 6 | Shenzhen Qianqu Industrial Co., Ltd. | https://szqianqu.en.alibaba.com/contactinfo.html |
| 7 | Yiwu Junka E-Commerce Firm | https://cnjunka.en.alibaba.com/contactinfo.html |
| 8 | All Categories Wholesale Store Store | https://www.aliexpress.com/store/1103515756 |
| 9 | All Product Type Store Store | https://www.aliexpress.com/store/1104069680 |
| 10 | BodyWell Store | https://www.aliexpress.com/store/1103312978 |
| 11 | BWKOR Outdoor Store | https://www.aliexpress.com/store/1103685228 |
| 12 | CNC Choice Store | https://www.aliexpress.com/store/1103736654 |
| 13 | CNC D-CHOICE Store | https://www.aliexpress.com/store/1103613506 |

| 14 | Corgi Digital Accessories Store | https://www.aliexpress.com/store/1103489138 |
|----|--------------------------------|---------------------------------------------|
| 15 | Cycling Official Storage Store | https://www.aliexpress.com/store/1104064867 |
| 16 | CZE Integrated Circuit Store | https://www.aliexpress.com/store/1103518061 |
| 17 | Daily Handcraft Store | https://www.aliexpress.com/store/1103929198 |
| 18 | Digital High-Tech Store | https://www.aliexpress.com/store/1103480368 |
| 19 | DIY Dream World Store | https://www.aliexpress.com/store/1103888568 |
| 20 | Healthy Fitness Sports Goods Store | https://www.aliexpress.com/store/1103858836 |
| 21 | High Tech Digital Electronics Franchise Store | https://www.aliexpress.com/store/1103684164 |
| 22 | House Foocus Store | https://www.aliexpress.com/store/1103308956 |
| 23 | House Suncatcher Store | https://www.aliexpress.com/store/1103313974 |
| 24 | IVY Healthy And Happiness Store | https://www.aliexpress.com/store/1104239088 |
| 25 | Laser Therapy Device Factory Store | https://www.aliexpress.com/store/1102633682 |
| 26 | MaiFirst Store | https://www.aliexpress.com/store/1103770259 |
| 27 | Overcoming Obstacles Sporting Store | https://www.aliexpress.com/store/1103473339 |
| 28 | Pro Protect Mask Store | https://www.aliexpress.com/store/1103683246 |
| 29 | Shop1102858007 Store | https://www.aliexpress.com/store/1102855037 |

| 30 | Shop1104036645 Store | https://www.aliexpress.com/store/1104031632 |
|---|---|---|
| 31 | Shop1104053024 Store | https://www.aliexpress.com/store/1104048071 |
| 32 | Shop1104549782 Store | https://www.aliexpress.com/store/1104549782 |
| 33 | Shop1104555748 Store | https://www.aliexpress.com/store/1104553850 |
| 34 | VST-Choice Store | https://www.aliexpress.com/store/1103276196 |
| 35 | ZMONH Lifestyle Store | https://www.aliexpress.com/store/3681076 |
| 36 | BOOXN | https://www.amazon.com/sp?seller=A1TO3T5LGX5YP9 |
| 37 | dongkanghdjks9 | https://www.amazon.com/sp?seller=A2ZOA6UKFXRQIE |
| 38 | HaiFenFeng Dianzi | https://www.amazon.com/sp?seller=A3FKRFSN83EW4C |
| 39 | KunMingXiangDaoZhongShangMaoYouXianGongSi | https://www.amazon.com/sp?seller=A2UN5U10RDEEHU |
| 40 | renpingpingasd | https://www.amazon.com/sp?seller=AKV662NYQO7TX |
| 41 | rijianfuyou | https://www.amazon.com/sp?seller=A20RMNK8XW4MPV |
| 42 | SHAYAN LLCC | https://www.amazon.com/sp?seller=A18QU6RRLT4TG8 |
| 43 | Sichuanshenghongduolaowu | https://www.amazon.com/sp?seller=A2VUQJXCOI35CQ |
| 44 | yeyuqiangdedianpu | https://www.amazon.com/sp?seller=A3GBOW4VM4H6HR |
| 45 | zhijiangshishuitunshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A1YVS97Y6ZLRRN |

| | | |
|---|---|---|
| 46 | ddmymaster | https://www.dhgate.com/store/about-us/21989864.html |
| 47 | homepro17 | https://www.dhgate.com/store/about-us/21989314.html |
| 48 | homepro178 | https://www.dhgate.com/store/about-us/21989315.html |
| 49 | homepro18 | https://www.dhgate.com/store/about-us/21989316.html |
| 50 | love66wholesale | https://www.dhgate.com/store/about-us/21101889.html |
| 51 | svrj | https://www.dhgate.com/store/about-us/21800751.html |
| 52 | abddssa | https://www.ebay.com/usr/abddssa |
| 53 | abdulelala-0 | https://www.ebay.com/usr/abdulelala-0 |
| 54 | abkha9228 | https://www.ebay.com/usr/abkha9228 |
| 55 | abman_2607 | https://www.ebay.com/usr/abman_2607 |
| 56 | AK CORPORATIONS | https://www.ebay.com/str/akcorporations |
| 57 | akakior40 | https://www.ebay.com/usr/akakior40 |
| 58 | alda-3503 | https://www.ebay.com/usr/alda-3503 |
| 59 | aubey20 | https://www.ebay.com/usr/aubey20 |
| 60 | autostore-33 | https://www.ebay.com/usr/autostore-33 |
| | | |
| 62 | besties_mart | https://www.ebay.com/usr/besties_mart |
| 63 | bha_2002 | https://www.ebay.com/usr/bha_2002 |
| 64 | bingo_mall | https://www.ebay.com/usr/bingo_mall |
| 65 | bstrendmartllc | https://www.ebay.com/usr/bstrendmartllc |
| 66 | butt.bu-15 | https://www.ebay.com/usr/butt.bu-15 |

| | | |
|---|---|---|
| 67 | cam._.816 | https://www.ebay.com/usr/cam._.816 |
| 68 | chiclairshop | https://www.ebay.com/usr/chiclairshop |
| 69 | chikna.chacha.420 | https://www.ebay.com/usr/chikna.chacha.420 |
| 70 | chriang_7604 | https://www.ebay.com/usr/chriang_7604 |
| 71 | chrioqu-97 | https://www.ebay.com/usr/chrioqu-97 |
| | | |
| 73 | crystal-toy-store | https://www.ebay.com/usr/crystal-toy-store |
| 74 | dealhubstore | https://www.ebay.com/usr/dealhubstore |
| 75 | Doqta Medical | https://www.ebay.com/str/doqtamedical |
| 76 | dozeft | https://www.ebay.com/usr/dozeft |
| 77 | dreamfly168 | https://www.ebay.com/usr/dreamfly168 |
| | | |
| 79 | Edan | https://www.ebay.com/str/edan |
| 80 | elite_shopping_hub | https://www.ebay.com/usr/elite_shopping_hub |
| | | |
| 82 | emergwear | https://www.ebay.com/usr/emergwear |
| 83 | Emporium Packages | https://www.ebay.com/str/emporiumpackages |
| 84 | fannie-edc | https://www.ebay.com/usr/fannie-edc |
| 85 | farhanswl | https://www.ebay.com/usr/farhanswl |
| 86 | fast_store2 | https://www.ebay.com/str/faststore2 |
| 87 | fastlanemart | https://www.ebay.com/usr/fastlanemart |
| 88 | g2g_store | https://www.ebay.com/str/g2gstore |

| | | |
|---|---|---|
| 89 | get-more-store | https://www.ebay.com/usr/get-more-store |
| 90 | gillani555 | https://www.ebay.com/usr/gillani555 |
| 91 | Global Goods 99 | https://www.ebay.com/str/globalgoods99 |
| 92 | globalstorage | https://www.ebay.com/usr/globalstorage |
| 93 | guangzhouguit | https://www.ebay.com/usr/guangzhouguit |
| 94 | haithemsafi2004 | https://www.ebay.com/str/haithemsafi2004 |
| 95 | hananab_2 | https://www.ebay.com/usr/hananab_2 |
| 96 | hanifp-0 | https://www.ebay.com/str/hanifp0 |
| 97 | haoqianshangma | https://www.ebay.com/str/haoqianshangma |
| 98 | happy-products11 | https://www.ebay.com/usr/happy-products11 |
| 99 | healthcreativepeople | https://www.ebay.com/usr/healthcreativepeople |
| 100 | heletong25 | https://www.ebay.com/str/heletong25 |
| 101 | hr-traders | https://www.ebay.com/usr/hr-traders |
| 102 | hsqmart | https://www.ebay.com/str/hsqmart |
| 103 | idealshopcentre | https://www.ebay.com/usr/idealshopcentre |
| 104 | imranp_92 | https://www.ebay.com/usr/imranp_92 |
| 105 | ja_129998 | https://www.ebay.com/usr/ja_129998 |
| 106 | jiyaw-10 | https://www.ebay.com/usr/jiyaw-10 |
| 107 | kitraenterprise | https://www.ebay.com/usr/kitraenterprise |
| 108 | kou478 | https://www.ebay.com/usr/kou478 |
| 109 | lahori-landa | https://www.ebay.com/usr/lahori-landa |
| 110 | lazy655 | https://www.ebay.com/usr/lazy655 |
| 111 | leural039 | https://www.ebay.com/usr/leural039 |

| | | |
|---|---|---|
| 112 | lsxsfer1 | https://www.ebay.com/str/lsxsfer1 |
| 113 | luqmakh_30 | https://www.ebay.com/usr/luqmakh_30 |
| 114 | malikzi_85 | https://www.ebay.com/usr/malikzi_85 |
| 115 | mart-hub | https://www.ebay.com/usr/mart-hub |
| 116 | mehar5516 | https://www.ebay.com/usr/mehar5516 |
| 117 | mengniekeji-11 | https://www.ebay.com/str/mengniekeji11 |
| 118 | mengniekeji-12 | https://www.ebay.com/str/mengniekeji12 |
| 119 | mengniekeji-9 | https://www.ebay.com/str/mengniei9 |
| 120 | muha77 | https://www.ebay.com/usr/muha77 |
| 121 | muhair_5023 | https://www.ebay.com/usr/muhair_5023 |
| 122 | muhamma_9883 | https://www.ebay.com/usr/muhamma_9883 |
| | | |
| 124 | muhaus2774 | https://www.ebay.com/usr/muhaus2774 |
| 125 | mustaqeem111 | https://www.ebay.com/str/mustaqeem111 |
| | | |
| 127 | nabo_82 | https://www.ebay.com/usr/nabo_82 |
| 128 | nextgen.deals | https://www.ebay.com/usr/nextgen.deals |
| 129 | omooti_0 | https://www.ebay.com/usr/omooti_0 |
| 130 | oreshishop | https://www.ebay.com/usr/oreshishop |
| 131 | pakstore_12358 | https://www.ebay.com/usr/pakstore_12358 |
| 132 | primepicks-0 | https://www.ebay.com/usr/primepicks-0 |
| 133 | prime-traders-0 | https://www.ebay.com/usr/prime-traders-0 |
| 134 | qamarmah0 | https://www.ebay.com/usr/qamarmah0 |
| 135 | rana_804 | https://www.ebay.com/usr/rana_804 |

| 136 | ranhewag_0 | https://www.ebay.com/usr/ranhewag_0 |
|---|---|---|
| 137 | razaenterprise | https://www.ebay.com/usr/razaenterprise |
| 138 | redhosglo_0 | https://www.ebay.com/usr/redhosglo_0 |
| 139 | reh-839 | https://www.ebay.com/usr/reh-839 |
| 140 | ridicolandia | https://www.ebay.com/usr/ridicolandia |
| 141 | ronghai-06 | https://www.ebay.com/usr/ronghai-06 |
| 142 | rozirs0 | https://www.ebay.com/usr/rozirs0 |
| 143 | sajhai3546 | https://www.ebay.com/usr/sajhai3546 |
| 144 | samratco0 | https://www.ebay.com/usr/samratco0 |
| 145 | sansirosports | https://www.ebay.com/str/sansirosports34 |
| 146 | shareh8337 | https://www.ebay.com/usr/shareh8337 |
| 147 | shayan246 | https://www.ebay.com/usr/shayan246 |
| 148 | shoecraze-pk | https://www.ebay.com/usr/shoecraze-pk |
| 149 | shopfusion_08 | https://www.ebay.com/usr/shopfusion_08 |
| 150 | si969542 | https://www.ebay.com/usr/si969542 |
| 151 | silevr.stone | https://www.ebay.com/usr/silevr.stone |
| 152 | spider0_6 | https://www.ebay.com/usr/spider0_6 |
| 153 | store06799 | https://www.ebay.com/str/store06799 |
| 154 | suduhmaneeshas0 | https://www.ebay.com/usr/suduhmaneeshas0 |
| 155 | sunho4339 | https://www.ebay.com/usr/sunho4339 |
| 156 | supreme_deals23 | https://www.ebay.com/usr/supreme_deals23 |
| 157 | swa111-56 | https://www.ebay.com/usr/swa111-56 |
| 158 | tenam_75 | https://www.ebay.com/str/tenam75 |

| | | |
|---|---|---|
| 159 | the_luxury_mall | https://www.ebay.com/usr/the_luxury_mall |
| 160 | thegoldencart_0 | https://www.ebay.com/usr/thegoldencart_0 |
| 161 | thehawatrading | https://www.ebay.com/str/thehawatrading |
| 162 | tiro_4320 | https://www.ebay.com/usr/tiro_4320 |
| 163 | tradeusa_1 | https://www.ebay.com/usr/tradeusa_1 |
| 164 | tyotu0 | https://www.ebay.com/usr/tyotu0 |
| 165 | um-5121 | https://www.ebay.com/usr/um-5121 |
| | | |
| 167 | usjam-53 | https://www.ebay.com/usr/usjam-53 |
| 168 | vivche77 | https://www.ebay.com/usr/vivche77 |
| 169 | wxyli-71 | https://www.ebay.com/str/wxyli71 |
| 170 | xxxi | https://www.ebay.com/str/xxxi?_tab=about |
| 171 | zai_72 | https://www.ebay.com/usr/zai_72 |
| 172 | zomtools | https://www.ebay.com/str/zomtools |
| 173 | zub_3612 | https://www.ebay.com/usr/zub_3612 |
| 174 | KEEPNICEPRO | https://www.walmart.com/global/seller/102790686 |
| | | |
| 176 | Aerothoticsw | www.aerothoticsw.shop |
| | | |
| 180 | ExpressMedTreat | www.expressmedtreat.com |
| | | |

| | | |
|---|---|---|
| 182 | Fjsw.shop | www.fjsw.shop |
| 183 | Foxgloveutahsw | www.foxgloveutahsw.shop |
| 184 | FreeExpressM | http://freeexpressm.shop |
| | | |
| 187 | Jytik | www.jytik.top |
| 188 | Lakatarina | http://lakatarina.com |
| 189 | lifevacusa | http://lifevacusa.org |
| 190 | mustmedical | www.mustmedical.com |
| 191 | myluxuryemporium | myluxuryemporium.com |
| | | |
| 194 | piattinostore | piattinostore.com |
| | | |
| 196 | sokoskincde.shop | sokoskincde.shop |
| | | |